AO 91 (Rev. 11/11)   Criminal Complaint 

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:20-mj-00217 |
| GAVAUGHN GAQUEZ STREETER-HILLERICH | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  6/26/2020  in the county of  Multnomah  in the
District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Arson and Attempted Arson |
| 18 U.S.C. § 844(f)(1) | Arson and Attempted Arson |

This criminal complaint is based on these facts:

See Affidavit of ATF Special Agent Cynthia M. Chang attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Special Agent Cynthia M. Chang
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 8:20 p.m.

Date: 08/26/2020

*Judge's signature*

City and state: Portland, Oregon     Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*