BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Parakram.Singh@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj- 00217 |
| v. | **MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT** |
| **GAVAUGHN GAQUEZ STREETER-HILLERICH,** | **UNDER SEAL** |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and AUSA Parakram Singh, Assistant United States Attorney, moves the Court for an order sealing the complaint, affidavit and arrest warrant, this motion, and the resulting order because, as referenced in the Affidavit supporting the complaint, disclosure of the these documents at this time may result in, flight from prosecution, intimidation of potential witnesses, and/or otherwise seriously jeopardize an investigation.

**Motion to Seal**                                                                                                                **Page 1**
Revised April 2018

WHEREFORE, the government requests that this Motion, the Order, and the complaint, affidavit and arrest warrant be filed under seal, except for a copy to the Affiant and investigating agency for their investigative needs.

The government further requests that the government be authorized to provide copies of the Complaint, the supporting Affidavit, the Arrest Warrant, and any further pleadings to attorneys of record for any defendants in this case as part of its discovery obligations.

Dated: August 26, 2020　　　　　　　　　　　　　Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

**/s/ Parakram Singh**
Parakram Singh, OSB #134871
Assistant United States Attorney