IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-mj-00217-1 |
| Plaintiff, | ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A |
| v. | |
| GAVAUGHN GAQUEZ STREETER-HILLERICH, | |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Anthony C. Schwartz is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving AFPD Ryan Costello for Anthony C. Schwartz, effective October 5, 2020.

DATED this 8th day of October, 2020.

Honorable Stacie F. Beckerman
United States Magistrate Judge

Presented by:

Lisa C. Hay
Federal Public Defender