AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>GAVAUGHN GAQUEZ STREETER-HILLERICH<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 3:20-mj-00217 |

FILED 23 OCT '20 09:32USDC-ORP

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    GAVAUGHN GAQUEZ STREETER-HILLERICH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Arson and Attempted Arson in violation of Title 18, United States Code Section 844(i); and
Arson and Attempted Arson in violation of Title 18, United States Code Section 844(f)(1).

Date:    08/26/2020

*Youlee Yim You*
*Issuing officer's signature*

City and state:    Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date:    DATE 9/15/2020
ARRESTED BY ATF & USMS

U.S. MARSHAL

*Arresting officer's signature*

*Printed name and title*