**Anthony Clark Schwartz**
Email: tonyschwartz.law@gmail.com
The Schwartz Law Firm
PO Box 4168
Portland, OR 97208
Tel: (503) 505 4674

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR No. 3:20-mj-00217-1 |
| **PLAINTIFF,** | |
| v. | **UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT** |
| **GAVAUGHN GAQUEZ STREETER-HILLERICH,** | |
| **DEFENDANT.** | |

The defendant, through counsel, Anthony C. Schwartz, respectfully moves this Court for an order continuing the arraignment in the above entitled case for about 60 days.   Arraignment is set for January 11, 2021.   This motion is supported by the accompanying declaration.   The government, through AUSA Singh, does not oppose this motion.

Mr. Streeter-Hillerich understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this January 7, 2021

s/Anthony C. Schwartz
Anthony C. Schwartz
