**Anthony Clark Schwartz**
**Email: tonyschwartz.law@gmail.com**
**The Schwartz Law Firm**
**PO Box 4168**
**Portland, OR 97208**
**Tel: (503) 505 4674**

**Attorney for Defendant**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR No. 3:20-mj-00217-1** |
| **PLAINTIFF,** | |
| | **DECLARATION IN SUPPORT OF** |
| **v.** | **MOTION TO** |
| | **CONTINUE ARRAIGNMENT** |
| **GAVAUGHN GAQUEZ STREETER-HILLERICH,** | |
| **DEFENDANT.** | |

I, Anthony C. Schwartz, declare:

1.      I am the attorney appointed to represent Mr. Streeter-Hillerich in the above entitled case.

2.      Arraignment is set for January 11, 2021.

3.      The parties have discussed the case, next steps, and potential for early resolution.    In order to give early resolution the best chance of success without the press of a federal indictment, we ask the Court to continue arraignment for about 60 days.

4.      I have discussed with Mr. Streeter-Hillerich speedy trial provisions and time limits

pertaining to arraignment on information or indictment after first appearance.    He

agrees to the continuance and knows it will result in excludable delay under the

provisions of 18 U.S.C. § 3161(h)(7) and § 3164 of the Speedy Trial Act.

5.      AUSA Singh has no objection to this motion.


        DATED this January 7, 2021

                        I hereby declare that the above statement is
                        true to the best of my knowledge and belief,
                        and that I understand it is made for use as
                        evidence in court and is subject to penalty for
                        perjury.

                        s/Anthony C. Schwartz
                        Anthony C. Schwartz