**Anthony Clark Schwartz**
Email: tonyschwartz.law@gmail.com
The Schwartz Law Firm
PO Box 4168
Portland, OR 97208
Tel: (503) 505 4674

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR No. 3:20-mj-00217-1 |
| **PLAINTIFF,** | |
| v. | **DECLARATION IN SUPPORT OF MOTION TO CONTINUE ARRAIGNMENT** |
| **GAVAUGHN GAQUEZ STREETER-HILLERICH,** | |
| **DEFENDANT.** | |

I, Anthony C. Schwartz, declare:

1. I am the attorney appointed to represent Mr. Streeter-Hillerich in the above entitled case.

2. Arraignment is set for May 10, 2021.

3. The parties have discussed the case, next steps, and potential for early resolution. In order to give early resolution the best chance of success without the press of a federal indictment, we ask the Court to continue arraignment for about 60 days.

4. I have discussed with Mr. Streeter-Hillerich speedy trial provisions and time limits pertaining to arraignment on information or indictment after first appearance. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7) and § 3164 of the Speedy Trial Act.

5. AUSA Singh has no objection to this motion.

DATED this May 5, 2021

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

<u>s/Anthony C. Schwartz</u>
Anthony C. Schwartz