SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00217 |
| v. | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| GAVAUGHN GAQUEZ STREETER-HILLERICH, | |
| Defendant. | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed August 26, 2020, charging defendant with Arson and Attempted Arson.

The government seeks this dismissal in the interest of justice. The defendant has pleaded guilty and has been sentenced in the Circuit Court of Oregon for the County of Multnomah,

/ / / /

/ / / /

**Motion to Dismiss Complaint**                                                                                                    Page 1

in-part, for conduct alleged in this complaint. Pursuant to an agreement between the parties, the government makes this motion to dismiss.

Dated: June 23, 2021                                   Respectfully submitted,

                                                       SCOTT ERIK ASPHAUG
                                                       Acting United States Attorney

                                                       /s/ Parakram Singh
                                                       PARAKRAM SINGH, OSB #134871
                                                       Assistant United States Attorney

**Motion to Dismiss Complaint**                                                              Page 2