UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00217 |
| v. | ORDER DISMISSING COMPLAINT WITH PREJUDICE |
| GAVAUGHN GAQUEZ STREETER-HILLERICH, | |
| **Defendant.** | |

This matter, having come before the Court on the government's motion to dismiss with prejudice the Complaint, charging the defendant with violating 18 U.S.C. § 844(i) and 18 U.S.C. § 844(f)(1), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Complaint, charging the defendant with violating 18 U.S.C. § 844(i) and 18 U.S.C. § 844(f)(1) in the above-captioned matter is DISMISSED with prejudice.

Dated: June 23rd, 2021

/s/ Youlee Yim You
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

/s/ Parakram Singh
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Order Dismissing Complaint**                                    Page 1